1 CHARLES B. WOOD, III (State Bar #163146)
FAVARO, LAVEZZO, GILL,
2 CARETTI & HEPPELL, P.C.
300 Tuolumne Street
3 Vallejo, CA 94590
Telephone (707) 552-3630
4 Facsimile (707) 552-8913
E-Mail: info@FLGCH.com

Attorney for Plaintiff,
ANDREW VIERRA

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| ANDREW VIERRA, | Case No. 2:19-cv-01523-JAM-EFB |
|---|---|
| Plaintiff, | |
| v. | **JOINT STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| GREGORY R. MCCOWAN, AKA GREG MCCOWAN, DBA MCCOWAN ENTERPRISES, as an individual and DOES 1 THROUGH 50, inclusive, | |
| Defendants. | |
| GREGORY R. MCCOWAN, AKA GREG MCCOWAN, DBA MCCOWAN ENTERPRISES, as an individual and DOES 1 THROUGH 50, inclusive, | |
| Cross-Complainants, | |
| v. | |
| ANDREW VIERRA, | |
| Cross-Defendant. | |

Plaintiff/Cross-Defendant ANDREW VIERRA, and Defendant/Cross-Complainants GREGORY R. MCCOWAN, AKA GREG MCCOWAN, DBA MCCOWAN ENTERPRISES (hereafter "the Parties"), by and through their respective counsels of record, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby stipulate, in consideration of a negotiated settlement

executed by the Parties, to the Dismissal With Prejudice of this action, including all claims and counterclaims stated herein against all parties, with each party to bear its own attorney's fees and costs.

Dated: 1/20/2020							FAVARO, LAVEZZO, GILL,
									CARETTI & HEPPELL


									By: /s/
									    CHARLES B. WOOD, III
									    Attorneys for Plaintiff/Cross-Defendant
									    ANDREW VIERRA


Dated: 1/19/2020						ARTHUR SAMUEL HUMPHREY,
									ATTORNEY AT LAW, P.C.


									By: /s/
									    ARTHUR SAMUEL HUMPHREY
									    Attorneys for Defendant/Cross-Complainant
									    GREGORY R. MCCOWAN,
									    AKA GREG MCCOWAN,
									    DBA MCCOWAN ENTERPRISES


## **ORDER**

The Stipulation is approved. The entire action, including all claims and counterclaims stated herein against all parties, is hereby dismissed with prejudice.


Dated: 1/21/2020						/s/ John A. Mendez

									UNITED STATES DISTRICT COURT JUDGE

LAW OFFICES
FAVARO, LAVEZZO, GILL, CARETTI & HEPPELL
300 TUOLUMNE STREET, SUITE A
VALLEJO, CALIFORNIA 94590-5787
TELEPHONE (707) 552-3630